ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
TIM L. LASKE
Assistant United States Attorney
California Bar Number 223395
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423/0805
    Facsimile: (213) 894-7819
email: Keith.Staub@usdoj.gov; Tim.Laske@usdoj.gov

Attorneys for Defendant Michael B. Donley, Secretary of the Air Force

CLOSED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLNELL VERETTE,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL B. DONLEY, Secretary of the Air Force<br><br>    Defendant. | No. CV10-6027 RGK (FFMx)<br><br><br><br><br><br>Hon. R. Gary Klausner |

**[~~PROPOSED~~] JUDGMENT**

Verrette - proposed judgment.wpd

1  The motion for summary judgment filed by defendant, Michael B. Donley, Secretary for the Air Force ("Defendant"), came before the Honorable R. Gary Klausner, District Judge Presiding. On August 5, 2011, after considering the evidence presented, the pleadings, the motion and all related filings, the Court rendered a decision that plaintiff Carlnell Verrette failed to exhaust his administrative remedies as required by 29 C.F.R. §§ 1614.105(a)(1) and 1614.106(b), (ECF No. 31), and based thereon,

IT IS ORDERED AND ADJUDGED that the Court grants summary judgment in favor of Defendant, and the action is dismissed.

IT IS FURTHER ORDERED that Defendant is the prevailing party and shall recover its costs of suit against plaintiff, Carlnell Verrette.

DATED: August 23, 2011

_____
HON. R. GARY KLAUSNER
United States District Judge

Respectfully submitted by:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

      /S/
_____
TIM L. LASKE
Assistant United States Attorney

Attorneys for Defendant

Verrette - proposed judgment.wpd            -2-